## COOK, ADMINISTRATOR, *v.* DEBUS, ADMINISTRATOR.

[No. 12,244.   Filed February 24, 1926.]

From the Starke Circuit Court; *William C. Pentecost,* Judge.

Action between Lloyd M. Cook, administrator of the estate of Charles M. Cook, and J. Henry Debus, administrator of the estate of Jessie H. Cook.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*William J. Reed,* for appellant.

*F. M. Trissal* and *Harry C. Miller,* for appellee.

PER CURIAM.—Judgment affirmed.